# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MICHAEL HOLTZ,

      Plaintiff,

                                   Case No. 03-72610

v.

                                   HON. ARTHUR J. TARNOW

WILLIAM MELENDEZ et al,

      Defendants.

_____/

## ORDER GRANTING DEFENDANT CITY'S
## MOTION FOR SUMMARY JUDGMENT

    The Court has considered the defendant City of Detroit's Motion for Summary Judgment (No. 56, 6/14/05), no response having been filed, and the Court being fully informed in the matter;

    IT IS ORDERED THAT the defendant City of Detroit's Motion for Summary Judgment (No. 56, 614/05) is granted. Accordingly, judgment is entered in favor of the defendant City of Detroit and the plaintiff shall take nothing on his claims against the defendant City of Detroit.

                                              s/Arthur J. Tarnow
                                              Arthur J. Tarnow
                                              United States District Judge

Dated: August 17, 2005

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 17, 2005, by electronic and/or ordinary mail.

                                              s/Catherine A. Pickles
                                              Case Manager